# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CORY LEE SMITH,

    Plaintiff,

v.                                            CASE NO. 3:15cv506/MCR/EMT

TONY TAYLOR, et al.,

    Defendants.

_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 8, 2016. ECF No. 8. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

**DONE AND ORDERED** this 26th day of August 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**